AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST  DISTRICT OF  MASSACHUSETTS

UNITED STATES

v.

**APPEARANCE**

JUAN PAGAN

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

4/14/05
Date

Signature

Thomas J. O'Connor, Jr.        640433
Print Name                     Bar Number

1550 Main Street, Room 310
Address

Springfield              MA       01103
City                     State    Zip Code

413-785-0395             413-785-0394
Phone Number             Fax Number