AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__        DISTRICT OF        __MASSACHUSETTS__

UNITED STATES

v.                                    **APPEARANCE**

JUAN PAGAN

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

__4/14/05__
Date

__Ariane J. Vuono__
Signature

__Ariane D. Vuono__                __545766__
Print Name                          Bar Number

__1550 Main Street, Room 310__
Address

__Springfield__        __MA__        __01103__
City                   State        Zip Code

__413-785-0330__        __413-785-0394__
Phone Number           Fax Number