**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
FEDERICO DEGETAU FEDERAL BLDG - RM 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

Date: August 22, 2005

Robert J. Smith, Jr.
Clerk, United States District Court
District of Masschusetts
One Courthouse Way
Boston MA 02210-3002

Re: United States of America
vs.
Juan Pagán

Your Case No: 05-CR30019 MAP

Our Magistrate's Case No. 05-0341-01 M

Dear Sir:

I am enclosing Magistrate's record of proceedings and a certified copy of the docket entries in above case pertaining to your district, filed in this office on August 19, 2005. Please acknowledge receipt in the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of the Court

By: Sarah V. Ramón
Deputy Clerk

Enclosure

CLOSED

# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:05-mj-00341-JA-ALL
# *SEALED*
# Internal Use Only

Case title: USA v. Pagan                                    Date Filed: 08/19/2005

Assigned to: Chief Mag. Judge
Justo Arenas

**Defendant**

**Juan Pagan** (1)                  represented by   **Victor J. Gonzalez-Bothwell**
                                                     Federal Public Defender's Office

                                                     Patio Gallery Building
                                                     241 Franklin D. Roosevelt Ave.
                                                     Hato Rey, PR 00918-2441
                                                     787-281-4922
                                                     Fax: 787-281-4899
                                                     Email: victor_gonzalez@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     Designation: *Federal Public
                                                     Defender*

**Pending Counts**                                   **Disposition**
None

**Highest Offense Level
(Opening)**
None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| Rule 5 Documents received from the District of Massachusetts. Deft charged w/possession with intent to distribute cocaine base | |

**Plaintiff**

USA      represented by   **Dina Avila-Jimenez**
United States Attorney's Office
350 Carlos Chardon St.
Suite 1201
San Juan, PR 00918
787-766-5656
Fax: 787-771-4050
Email: dina.avila@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2005 | 1 | SEALED Rule 5 Documents Received as to Juan Pagan (Copy of Arrest Warrant) (sr, ) (Entered: 08/22/2005) |
| 08/19/2005 |   | Arrest of Juan Pagan (sr, ) (Entered: 08/22/2005) |
| 08/19/2005 | 2 | Minute Entry for proceedings held before Justo Arenas, |

| | | |
|---|---|---|
| | | Chief U.S. Magistrate Judge :Initial Appearance in Rule 5(c)(3) Proceedings as to Juan Pagan held on 8/19/2005 Appearance entered by Victor J. Gonzalez-Bothwell for Juan Pagan on behalf of defendant. Deft waived the Removal Hearing. Deft was assisted by counsel. (Court Reporter None.) (sr, ) (Entered: 08/22/2005) |
| 08/19/2005 | [3](#) | ORDER OF TEMPORARY DETENTION as to Juan Pagan . Signed by Justo Arenas, Chief U.S. Magistrate Judge on 8/19/05. (sr, ) (Entered: 08/22/2005) |
| 08/19/2005 | [4](#) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Juan Pagan. Victor J. Gonzalez-Bothwell for Juan Pagan appointed . Signed by Clerk on 8/19/05. (sr, ) (Entered: 08/22/2005) |
| 08/19/2005 | [5](#) | WAIVER of Rule 5 Hearings by Juan Pagan (sr, ) (Entered: 08/22/2005) |
| 08/19/2005 | [6](#) | Minute Entry for proceedings held before Justo Arenas, Chief U.S. Magistrate Judge :Removal Hearing as to Juan Pagan held on 8/19/2005. Deft waived the Removal Hearing. Commitment to Another District signed. Deft to be transferred under the custody of the US Marshals in a timely fashion. (Court Reporter FTR.) (sr, ) (Entered: 08/22/2005) |
| 08/19/2005 | [7](#) | COMMITMENT TO ANOTHER DISTRICT as to Juan Pagan. Defendant committed to District of Massachusetts . Signed by Justo Arenas, Chief U.S. Magistrate Judge on 8/19/05. (sr, ) (Entered: 08/22/2005) |
| 08/22/2005 | | ***Case Terminated as to Juan Pagan*** (sr, ) (Entered: 08/22/2005) |
| 08/22/2005 | [8](#) | ORDER OF DETENTION PENDING TRIAL as to Juan Pagan . Signed by Justo Arenas, Chief U.S. Magistrate Judge on 8/19/05. (sr, ) (Entered: 08/22/2005) |

✎ AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **ORDER OF DETENTION PENDING TRIAL** |
| JUAN PAGAN | Case Number: 05-0341 M |
| *Defendant* | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a   ☐ federal offense   ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
   ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
   ☐ an offense for which the maximum sentence is life imprisonment or death.
   ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____
   ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the   ☐ date of conviction   ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense
   ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____
   ☐ under 18 U.S.C. § 924(c).
☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

☒ (1) There is a serious risk that the defendant will not appear.
☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

   Deft to be transferred to the prosecuting district of Massachusetts.

### Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by   ☐ clear and convincing evidence   ☐ a preponderance of the evidence that _____

### Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

| AUGUST 19, 2005 | S/JUSTO ARENAS |
|---|---|
| *Date* | *Signature of Judge* |
| | JUSTO ARENAS, CHIEF U.S. MAGISTRATE JUDGE |
| | *Name and Title of Judge* |

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

*Juan Pagán*

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 05-341M

The defendant is charged with a violation of __21__ U.S.C. __841__ alleged to have been committed in the _____ District of __Massachusetts__

Brief Description of Charge(s):

Possession with intent to distribute cocaine base

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_August 19, 2005_  
Date

S/ JUSTO ARENAS  
Judicial Officer  
JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

| RETURN |||
|---|---|---|
| This commitment was received and executed as follows: |||
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |



Five Minutes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SEALED MINUTES OF PROCEEDINGS     DATE: August 19, 2005

HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón     Case No. 05-0341-01 M

COURT REPORTER: FTR

INTERPRETER: Not Needed     PTS: Maricarmen Ríos

================================================================

United States of America     ATTORNEYS : Dina Avila

Plaintiff

v.

Juan Pagán
Defendant(s)     Víctor González, FPD

================================================================

CASE IS CALLED FOR A REMOVAL HEARING.

Counsel for defendant and the defendant himself, inform that there is no issue as to his identity and that the defendant is waiving the identity hearing.

After hearing the parties, the Magistrate accepts the waiver of the identity hearing and the waiver form is filed and accepted. The defendant is advised of his rights and is to remain under custody, and the matter of bail will be solved in that district.

The Commitment to Another District is signed. The defendant is ordered to be transferred to the District of Massachusetts , under the custody of the Marshals in a timely fashion.

                                                   s/Sarah V. Ramón
                                                  Sarah V. Ramón, Deputy Clerk

\*\*\*It is noted that defendant informed at the initial hearing that he would be waiving the identity hearing.\*\*\*

AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____



RECEIVED & FILED
AUG 19 2005
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA

v.

Juan Pagán

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-341 M

I, _____Juan Pagan_____, charged in a (complaint) (petition) pending in this District with _____

in violation of Title __18__, U.S.C., __841 + 846__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X _Juan Pagan_
Defendant

8/19/05
Date

_____
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America

Plaintiff

v.                                             CASE NO. 05-0341 M

Juan Pagán

Defendant(s)

## ORDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)   is financially unable to employ counsel,

    (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on   August 19, 2005

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón
     Sarah V. Ramón, Deputy Clerk

s/cs: AUSA
     USM
     PTS
     FPD



AO 471 (8/85) Order of Temporary Detention

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

__Juan Pagán__
Defendant

ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION

Case Number: __05-341M__

I find that the defendant

☐ is, and was at the time the alleged offense was committed:

 ☐ on release pending trial for a felony under federal, state, or local law.

 ☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

 ☐ on probation or parole for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C §1101(a)(20)).

and I further find that the defendant may

☑ flee, or ☐ pose a danger to another person or the community.

_Removal Hearing_

I accordingly ORDER the detention of the defendant without bail to and including __August 30, 2005 9:00 AM__ which is not more than ten days from the date of this Order, excluding Saturdays, Sundays and holidays.

I further direct the attorney for the Government to notify the appropriate court, probation or parole official, or state or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service so that the custody of the defendant can be transferred and a detainer placed in connection with this case.

If custody is not transferred by the above date, I direct the production of the defendant before me on that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

Date: __August 19, 2005__

S/ JUSTO ARENAS

_Judicial Officer_
JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SEALED MINUTES OF PROCEEDINGS                  DATE: __August 19, 2005__

BEFORE HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

| United States of America | |
|---|---|
| Plaintiff | CASE NO: __05-0341 M__ |
| v. | COURTROOM DEPUTY: __Sarah V. Ramón__ |
| Juan Pagán | COURT INTERPRETER: |
| Defendant(s) | **Attorneys:** For Plaintiff: __Dina Avila__ |
| | PTS: __Maricarmen Ríos__ |
| | **Attorneys for defendants:** |
| | For Defendant(s): __Víctor González, FPD__ |

Arrest Date: __August 19, 2005__

__X__ Initial appearance held.      Appeared today : _____

__X__ Defendant(s) was/were interviewed by Pretrial Services Officer.

__X__ Defendant(s) was/were advised of the charges, rights, and given a copy of

__X__ Complaint _____ Indictment _____ Information _____ Other __X__

____ Detention hearing is set for _____

____ Preliminary hearing set for _____

____ Bail hearing is set for _____

____ Arraignment set for _____

__X__ Defendant(s) is/are committed.

____ Foster hearing set for _____

__X__ Removal hearing set for __August 19, 2005 at 3:00 p.m__

____ Arraignment hearing set for _____ before Magistrate Judge Gustavo A. Gelpí.

____ Arraignment hearing set before _____ Justo Arenas _____ Aida M. Delgado-Colon

__X__ Government's request is __Detention without bail__

__X__ Defendant(s) will be represented by __X__ Federal Public Defender ____ Retained counsel

____ Defendant(s) will be represented by Court Appointed Counsel.

____ Defendant is left at his/her/their own recognizance _____

____ Bond set _____

____ Bond to be posted _____

s/ Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk

s/cs: AUSA, PTS, USM
Deft was assisted by Víctor González, FPD



AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | 05- 341 M |
|---|---|
| V. | **WARRANT FOR ARREST** |
| JUAN PAGAN | SEALED |

CASE NUMBER: 05cr30019 MAP

*RECEIVED & FILED AUG 19 2005 CLERK'S OFFICE U.S. DIST. COU... SAN JUAN, P...*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Juan Pagan _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Possession with intent to distribute cocaine base

in violation of
Title _____ 21 _____ United States Code, Section(s) 841

| Kenneth P. Neiman | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Kenneth P. Neiman | 8/[illegible]/Y, WDS Springfield, Mass |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Carr #2, Pizza Hut's Parking Lot, Manati, PR

| DATE RECEIVED 8/15/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/15/2005 | Antonio Torres C/DUSM | /s/ Antonio Torres |

This form was electronically produced by Elite Federal Forms, Inc.