UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
                                  )
            v.                    )          Criminal Action No. 05-30019-MAP
                                  )
                                  )
JUAN PAGAN,                       )
                  Defendant       )


SCHEDULING ORDER
September 19, 2005

NEIMAN, U.S.M.J.

Juan Pagan ("Defendant") having been arraigned this day, and having elected to

proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance

with Local Criminal Rules (LR) 116.1 through 116.5 that further proceedings shall be

governed as follows:

1.    The Government shall produce, on or before October 3, 2005, those

materials required to be produced under LR 116.1(C).

2.    Defendants shall produce, on or before October 17, 2005, those materials

required to be produced under LR 116.1(D).

3.    Any discovery request letters shall be sent and filed by October 31, 2005.

*See* LR 116.3(A) and (H).

4.    Any responses to discovery request letters shall be sent and filed within

fourteen days of receipt of the discovery request letter(s) referred to in Paragraph

3 above *or* on or before November 14, 2005, *whichever date shall first occur.*

*See* LR 116.3(A).

5.      Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date shall first occur.  See* LR 116.3(E) through (H).

6.      Consistent with the provisions of Paragraph 5 above, a response  to any motion shall be filed on or before fourteen days after the motion has been filed. *See* LR 116.3(I).

7.      An Initial Status Conference in accordance with LR 116.5 will be held on November 9, 2005, at 12:30 p.m. in Courtroom III.[1]

8.      A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, November 7, 2005.


DATED: September 19, 2005                    /s/ Kenneth P. Neiman
                                             KENNETH P. NEIMAN
                                             U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. *See* Fed. R. Crim. P. 43(c)(3).