UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | |
| JUAN PAGAN | ) | |

FILED
IN CLERK'S OFFICE

2005 OCT 14 P 1: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    Please enter my appearance for the above-named Defendant, Juan Pagan.

                                                    Joseph D. Bernard
                                                    The Law Offices of Joseph D. Bernard, P.C.
                                                      73 State Street, Suite 301
                                                      Springfield, MA 01103
                                                      (413) 731-9995
Date: October 14, 2005                BBO# 557986