UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30019-MAP |
| ) | |
| JUAN PAGAN, ) | |
|     Defendant ) | |

INTERIM SCHEDULING ORDER
November 8, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. An interim status conference will be held on December 21, 2005, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, December 19, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                                              /s/   Kenneth P. Neiman
                                                              KENNETH P. NEIMAN
                                                              U.S. Magistrate Judge