UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
            )
            )
            )
       v.          )      Criminal No. 05-30019-MAP
            )
            )
JUAN PAGAN,        )
        Defendant   )


INTERIM STATUS REPORT
November 8, 2005

NEIMAN, U.S.M.J.

     The court held an initial Status Conference this day and, in accord with Local

Criminal Rule 116.5(B), reports as follows:

     1.    The court has established an interim schedule as outlined in the Interim

          Scheduling Order issued this day.

     2.    The court has scheduled an interim Status Conference for December 21,

          2005.

     3.    There are no other matters to report relevant to the progress or resolution

          of the case.


          /s/   Kenneth P. Neiman
          KENNETH P. NEIMAN
          U.S. Magistrate Judge