UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. NO. 05-30019-MAP |
| | ) |
| JUAN PAGAN, | ) |
| Defendant. | ) |

**INFORMATION**

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon a previous felony drug conviction of defendant JUAN PAGAN to increase the punishment that may be imposed by this Court upon defendant JUAN PAGAN's conviction for the drug offenses alleged in the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding JUAN PAGAN are the following:

1. a conviction for Possession with Intent To Distribute a Class B Substance (Cocaine), Springfield District Court, Springfield, Massachusetts, Docket No. 9423CR0327;

2. a conviction for Possession with Intent To Distribute a Class B Substance (Cocaine), Springfield District Court, Springfield, Massachusetts, Docket No. 9423CR0491; and

3. a conviction for Possession with Intent To Distribute a Class D Substance (Marijuana), Springfield District Court, Springfield,

Massachusetts, Docket No. 9423CR2245.

Photocopies of the certified copies of the convictions, clerk's logs, and appearances of counsel are attached and are incorporated fully herein. The original certified copies are in the custody of the government.

Filed this 27th day of December, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
THOMAS J. O'CONNOR, JR.
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Joseph D. Bernard, Esq.
73 State Street
Springfield, MA 01103

This 27th day of December, 2005.

_____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorneys

2

| DOCKET | 9723CR02245 | ATTORNEY NAME | |
|---|---|---|---|
| Springfield District | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | ☐ Waived   ☑ Assigned  *Kennedy* | |
| | PAGAN, JUAN<br>10 CHESTNUT STREET #2604<br>SPRINGFIELD, MA 01105 | ☐ Retained   ☐ Assigned but able to contribute $<br>TERMS OF RELEASE | |

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR | DATE | PROCEEDING |
|---|---|---|---|---|---|---|---|---|
| /1976 | M | B | 5'6" | 165 | BRO | BLK | MAR 03 1997 | ☑ Arraigned before J. McElroy, J.<br>☑ Advised of right to counsel<br>☑ Advised of right to drug exam<br>☐ Advised of right to bail review |
| C.C. # | | SOCIAL SECURITY #<br>1619 | | | | | APR 11 1997 | ☑ Advised of right to F.I. Jury Trial *Kanan*<br>☑ Waives   ☐ Requests F.I. Jury Trial |
| DATE OF OFFENSE<br>03/02/1997 | | PLACE OF OFFENSE<br>SPRINGFIELD | | | | | | ☑ Advised of alien rights |
| COMPLAINANT<br>WOOD, KEVIN | | POLICE DEPARTMENT<br>SPRINGFIELD P.D. NAC | | | | | | ☐ Warrant issued  ☐ Default warrant issued<br>☐ Default removed  ☐ Warrant recalled |
| DATE OF COMPLAINT<br>03/03/1997 | | RETURN DATE AND TIME<br>03/03/1997 8:30 AM | | | | | | ☐ Warrant issued  ☐ Default warrant issued<br>☐ Default removed  ☐ Warrant recalled |

| COUNT-OFFENSE | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| A. 1 - 94C/32C/C DRUG, POSSESS TO DISTRIB CLASS D c94C §3 | 35 | | | | 35 |

| DATE<br>MAR 03 1997 | PLEA<br>☐ Not Guilty  ☐ Guilty  ☐ Nolo<br>☐ New Plea:  ☑ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION<br>PAYMENT OF FINE/COSTS/FEES<br>SUSPENDED UNTIL 5/12/97 |
|---|---|---|
| APR 11 1997 | FINDING  JUDGE *Kanan*<br>☑ Cont. w/o finding until: 9/11/97<br>☐ Appeal of find. & disp.  ☑ Appeal of disp. | FINAL DISPOSITION  DATE<br>☑ TO BE DISMISSED<br>NO FURTHER PROBLEMS.<br>☑ Dismissed at request of probation |

| COUNT-OFFENSE<br>B. | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|

| DATE | PLEA<br>☐ Not Guilty  ☐ Guilty  ☐ Nolo<br>☐ New Plea:  ☐ Admits suff. facts<br>FINDING  JUDGE<br>☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.  ☐ Appeal of disp. | IMPRISONMENT AND OTHER DISPOSITION<br><br>FINAL DISPOSITION  DATE<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |
|---|---|---|

| COUNT-OFFENSE<br>C. | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|

| DATE | PLEA<br>☐ Not Guilty  ☐ Guilty  ☐ Nolo<br>☐ New Plea:  ☐ Admits suff. facts<br>FINDING  JUDGE<br>☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.  ☐ Appeal of disp. | IMPRISONMENT AND OTHER DISPOSITION<br><br>FINAL DISPOSITION  DATE<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |
|---|---|---|

| COUNT-OFFENSE<br>D. | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|

| DATE | PLEA<br>☐ Not Guilty  ☐ Guilty  ☐ Nolo<br>☐ New Plea:  ☐ Admits suff. facts<br>FINDING  JUDGE<br>☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.  ☐ Appeal of disp. | IMPRISONMENT AND OTHER DISPOSITION<br><br>FINAL DISPOSITION  DATE<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |
|---|---|---|

| CONT. TO<br>4/11/97 | PURPOSE | CONT. TO<br>APR 11 | PURPOSE | DATE | TAPE NO.<br>Kennedy / Brooks | START | STOP |
|---|---|---|---|---|---|---|---|
| | | | | | PLEA RULED AS BEING MADE FREELY,<br>WILLINGLY AND VOLUNTARILY, WITH<br>COMPLETE UNDERSTANDING OF RIGHTS. | | |

# APPEARANCE OF COUNSEL

DOCKET NUMBER:

YEAR*  COURT NUMBER  CASE TYPE**  CASE NUMBER

*e.g. '93", "94" etc.
**e.g. "CR", "CV" etc.

## Trial Court of Massachusetts
## District Court Department

COURT NAME AND ADDRESS

Springfield District Court
50 State Street
Springfield, MA 01103

**To the Clerk - Magistrate:**

Please enter my appearance as attorney for _____ in the above numbered court action.

ATTORNEY NAME

ATTORNEY FIRM

STREET ADDRESS

CITY/TOWN      STATE     ZIP CODE

B.B.O. NUMBER (Required)

TELEPHONE NUMBER

X _____
SIGNATURE OF ATTORNEY

DATE

DC-CR-19 (5/94)