```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
      v.                      )    CRIM. NO. 05-30019-MAP
                              )
                              )
JUAN PAGAN,                   )
      a/k/a "Papa,"           )
                              )
      Defendant.              )
```

### FINAL STATUS CONFERENCE REPORT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Thomas J. O'Connor, Jr., Assistant United States Attorney, and Joseph D. Bernard, Esq., counsel for Juan Pagan, hereby submit the following status report pursuant to Magistrate Judge Neiman's order.

1.   The parties agree that this case does not require relief from the timing requirements imposed by Local Rule 116.3.

2.   The defendant requests discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E).  The government requests reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3.   The government does not anticipate that it will be receiving additional discoverable information, documents, or reports of examinations or tests (other than those that may be discoverable under paragraph 2 above).  Should the government

receive such information, it will supplement its discovery in accordance with the Federal Rules of Criminal Procedure and the Local Rules.

    4.   The parties agree that it would be premature to establish a schedule under Fed. R. Crim. P. 12(c) for the filing and disposition of pretrial motions at the present time.

    5.   The parties agree that no additional time has run on the Speedy Trial Act clock since the time of the last status conference in this matter and that the time period described in this paragraphs is excludable pursuant to the Local Rules and 18 U.S.C. § 3161(h)(8)(A).

    6.   The parties have anticipate that a trial will require approximately five trial days.

    7.   The parties agree that the scheduling of a final status conference would be appropriate.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                         By:   /s/ Thomas J. O'Connor, Jr.
                                    Thomas J. O'Connor, Jr.
                                    Assistant U.S. Attorney

                                    _____
                                    Joseph D. Bernard, Esq.
                                    Counsel for Juan Pagan

Dated: February 1, 2006