UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal Action No. 05-30019-MAP |
| | ) | |
| JUAN PAGAN, | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
February 7, 2006

NEIMAN, U.S.M.J.

The court held a final status conference on February 3, 2006, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for February 10, 2006, at 2:00 p.m. in Courtroom I. Defendant will inform the court at that time whether he intends to file any dispositive motions. The parties estimate that a trial, if necessary, will take five days.

3. Defendant does not intend to raise a defense of insanity or public authority.

4. The parties – and the court – agree that, as of February 3, 2006, no time has run on the Speedy Trial clock.

5. There are no other matters relevant to the progress or resolution of the case.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
United States Magistrate Judge