UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
            v.               )  CR NO. 05-30019-MAP
                             )
JUAN PAGAN                   )

ORDER OF TRANSFER

February 8, 2006

PONSOR, D.J.

   Due to an unusually heavy criminal docket at this time, a significant risk exists that the court will be unable to dispose of this case within the timelines established by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. For this reason, pursuant to Local Rule 40.1 (F), the court hereby orders that this case be transferred to the Clerk in Boston to be randomly re-drawn in the Eastern or Central Division.

   For the information of the judge who eventually draws the case, all preliminary proceedings before the Magistrate Judge have been completed pursuant to Local Rule 116.5, and 65 days remain on the Speedy Trial clock according to the Final Status Report issued on February 7, 2006. The case is ready for a pretrial conference pursuant to Local Rule 117.1 as soon as a new district court judge is assigned. The conference set

before me on February 10, 2006 at 2:00 p.m. is hereby cancelled.

It is So Ordered.

/s/ Michael A. Ponsor

MICHAEL A. PONSOR
United States District Judge