# UNITED STATES DISTRICT COURT

<u>  FIRST  </u>   DISTRICT OF   <u>  MASSACHUSETTS  </u>

UNITED STATES

v.

JUAN PAGAN

FILED IN CLERK'S OFFICE
2006 MAY -5 P 3: 12
U.S. DISTRICT
DISTRICT OF MASS

APPEARANCE

Case Number:   05-30019-MAP

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    United States of America

    I certify that I am admitted to practice in this court.

<u>  5/5/06  </u>
Date

<u>  [signature]  </u>
Signature

<u>Todd Newhouse</u>
Print Name                                  Bar Number

<u>1550 Main Street, Room 310</u>
Address

<u>Springfield</u>      <u>MA</u>    <u>01103</u>
City                   State         Zip Code

<u>413-785-0109</u>      <u>413-785-0394</u>
Phone Number                Fax Number