AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Juan Pagan

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-30019

I, _____Juan Pagan_____, the above named defendant, who is accused of

*two counts of possession with intent to distribute more than 50 grams of crack*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___5-8-06___ prosecution by indictment and consent that the pro-
                    Date

ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____Michael A. Ponsor_____
                  Judicial Officer