UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.          )<br>)<br>JUAN PAGAN        )<br>    Defendant.   ) | Criminal No. 05-30019-MAP |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Now comes the United States of America, by and through its undersigned attorneys, and moves that the Court dismiss the above captioned Indictment. As reasons therefore, the government states that the defendant pled guilty to an Information which contained a forfeiture allegation not contained in the Indictment and the plea agreement contemplated the dismissal of the Indictment after the defendant's sentencing on the Information.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

TODD E. NEWHOUSE
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                Springfield, Massachusetts
                            September 5, 2006

1

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

                                                 /s/ Todd E. Newhouse
                                        TODD E. NEWHOUSE
                                        Assistant United States Attorney